UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
MERRIMAK CAPITAL COMPANY    )
                            )
         Plaintiff(s),      )    No. C06-6680 BZ
                            )
     v.                     )    NOTICE OF RECUSAL
                            )
CVS PHARMACY INC.,          )
                            )
         Defendant(s).      )
                            )
                            )
                            )
_____)
```

I hereby recuse myself in the above action.

Dated: November 2, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

1