UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRIMAK CAPITAL COMPANY ) <br> ) <br> Plaintiff(s),  ) <br> ) <br> v.  ) <br> ) <br> CVS PHARMACY INC.,  ) <br> ) <br> Defendant(s).  ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | No. C06-6680 BZ <br><br> **NOTICE OF RECUSAL** |

    I hereby recuse myself in the above action.

Dated: November 2, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

1