Scott H. Jacobs (SBN 81980)
shjacobs@reedsmith.com
Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Natasha Sung (SBN 228633)
nsung@reedsmith.com
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants CVS PHARMACY, INC. and CVS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MERRIMAK CAPITAL COMPANY, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS CORPORATION, a Delaware corporation; INNOVATION ASSOCIATES, INC., a New York corporation; and DOES 1-100,<br><br>    Defendants. | Case No.:  C 06-06680 BZ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[N.D. CAL. LOCAL RULE 6-1(a)]<br><br>Honorable Charles R. Breyer |

Pursuant to Local Rule 6-1(a), Plaintiff Merrimak Capital Company, LLC ("Plaintiff") and Defendants CVS Pharmacy, Inc., CVS Corporation. (collectively, "CVS") and Innovation Associates, Inc. ("Innovation"), by and through their respective attorneys of record, hereby stipulate that the time for CVS and Innovation to respond to Plaintiff's First Amended Complaint is extended by three weeks. Accordingly, Capital One shall file an answer or otherwise respond to Plaintiff's Complaint on or before January 23, 2007.

DATED: December 22, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By  /s/ Wesley C.J. Ehlers
Wesley C.J. Ehlers
Attorneys for Plaintiff
Merrimak Capital Company, LLC

DATED: December 22, 2006.

REED SMITH LLP

By  /s/ Natasha Sung
Natasha Sung
Attorneys for Defendants
CVS Pharmacy, Inc. and CVS Corporation

DATED: December 22, 2006.

Mulvaney Kahan & Barry, LLP

By  /s/ Lawrence Kahan
Lawrence Kahan
Attorneys for Defendant
Innovation Associates, Inc.

January 3, 2007

IT IS SO ORDERED
Judge Charles R. Breyer

DOCSLA-15570236.1-NSUNG

– 2 –
Stipulation to Extend Time For Defendants to Respond to First Amended Complaint