| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>FRANK E. SIEGLITZ  45953 |
| 2 | WESLEY C.J. EHLERS  181537<br>400 Capitol Mall, Suite 1700 |
| 3 | Sacramento, CA  95814-4419<br>Telephone:  (916) 329-4700 |
| 4 | Facsimile:  (916) 441-3583<br>E-mail:  wes.ehlers@pillsburylaw.com |
| 5 | |
| 6 | Attorneys for Plaintiff<br>MERRIMAK CAPITAL COMPANY, LLC |
| 7 | Scott H. Jacobs (SBN 81980)<br>Abraham J. Colman (SBN 146933) |
| 8 | Natasha Sund (SBN 228633)<br>REED SMITH LLP |
| 9 | 355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90071 |
| 10 | Telephone:  (213) 457-8000<br>Facsimile:  (213) 457-8080 |
| 11 | E-mail:  shjacobs@reedsmith.com |
| 12 | Attorneys for Defendants<br>CVS PHARMACY, INC. and CVS CORPORATION |
| 13 | |
| 14 | L. Kahan, Esq./CSB #32909<br>Patrick L. Prindle, Esq./CSB #87516 |
| 15 | MULVANEY, KAHAN & BARRY<br>401 West A Street, 17th Floor |
| 16 | San Diego, CA 92101-7994<br>Telephone:  (619) 238-1010 |
| 17 | Facsimile:  (619) 238-1981<br>E-mail:  pprindle@mkblaw.com |
| 18 | Attorneys for Defendant<br>INNOVATION ASSOCIATES, INC. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MERRIMAK CAPITAL COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS CORPORATION, a Delaware corporation; INNOVATION ASSOCIATES, INC., a New York corporation; and DOES 1-100,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C 06-06680 CRB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE |

1     WHEREAS the next case management conference in this case is set to take place on July 6, 2007 at 8:30 a.m.; and

3     WHEREAS that case management conference was scheduled based on the parties' and their respective counsel's belief that the mediation in this case would take place no later than June of 2007, and with the intention of that case management conference serving as a vehicle for the parties and counsel to report to the Court regarding the results of that mediation; and

8     WHEREAS the mediator selected by the parties, The Honorable Gary L. Taylor, United States District Court for the Central District of California (retired), has become unavailable during the month of June 2007 as a result of a personal medical procedure; and

12     WHEREAS, in light of Judge Taylor's schedule and that of the parties and their counsel, the earliest date on which the mediation could be scheduled was July 27, 2007;

14     The parties and their counsel hereby stipulate, and respectfully request that the Court order, that the case management conference in this case be continued to a date sometime after July 27, 2007.

Dated: June 8, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
FRANK E. SIEGLITZ
WESLEY C.J. EHLERS
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419

By _____/s/ Wesley C. J. Ehlers_____
    Attorneys for Plaintiff
    MERRIMAK CAPITAL COMPANY, LLC

| | | |
|---|---|---|
| 1 | Dated: June 8, 2007. | REED SMITH LLP<br>SCOTT H. JACOBS |
| 2 | | ABRAHAM J. COLMAN<br>NATASHA SUNG |
| 3 | | 355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90071 |
| 4 | | |
| 5 | | By         /s/ Scott H. Jacobs<br>        Attorneys for Defendants |
| 6 | |         CVS PHARMACY, INC. and CVS CORPORATION<br>**(As authorized by counsel on June 8, 2007)** |
| 7 | Dated: June 7, 2007. | MULVANEY, KAHAN & BARRY |
| 8 | | LAWRENCE KAHAN<br>PATRICK L. PRINDLE |
| 9 | | 401 West A Street, 17th Floor<br>San Diego, CA 92101-1010 |
| 10 | | |
| 11 | | By         /s/ Patrick L. Prindle<br>        Attorneys for Defendant |
| 12 | |         INNOVATION ASSOCIATES, INC.<br>**(As authorized by counsel on June 7, 2007)** |

## ORDER

Based on the stipulation of the parties and their counsel as set forth above, and good cause appearing for the relief requested, the Court hereby orders that the case management conference currently scheduled for July 6, 2007 at 8:30 a.m. be continued to August 10, 2007 at 8:30 a.m.

Dated: June 11, 2007.

_____
United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer